**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| LEAF FUNDING, INC.<br>1818 Market Street, 9th Floor<br>Philadelphia, PA  19103, | CASE NUMBER:  06-CV-3187 (PAM/JSM) |
| Plaintiff, | |
| v. | |
| RICHFIELD ONE HOUR PHOTO CORP.<br>12 E. 66 ST.<br>Richfield, MN  55423 | **ORDER** |
| and | |
| LARRY EASTMAN<br>2607 Boulders Way<br>Burnsville, MN 55337 | |
| and | |
| LINDA M. EASTMAN<br>2607 Boulders Way<br>Richfield, MN  55423, | |
| Defendants and Third-<br>party Plaintiff, | |
| v. | |
| AGFA CORPORATION, a<br>Delaware Corporation, | |
| Third-party Defendant. | |

---

Plaintiff, Leaf Funding, Inc., defendants Richfield One Hour Photo Corp., Larry Eastman and Linda M. Eastman (collectively "Moving Parties") have jointly brought a motion pursuant to 28 U.S.C. § 1404(a) seeking to transfer the above-entitled action to the United States District Court for the District of Massachusetts. The Moving Parties have avowed that third-party defendant, Agfa Corporation has not been served in this matter, but has no objection to such transfer.

The Moving Parties have also avowed that they have agreed by a separate Stipulation that this Court should include as part of its ruling on the transfer motion a provision that any Orders entered in the District of Massachusetts that apply to the claims of the Moving Parties shall apply to and have the same force, effect and be enforceable as if issued by the Court in the above-entitled matter.

Based upon the Moving Parties' Memorandum in Support of their motion and the entire record in these proceedings,

IT IS ORDERED:

1. The above-entitled matter shall be immediately transferred to the United States District Court for the District of Massachusetts for all further proceedings; and

2. Any Orders entered in the District of Massachusetts that apply to the claims of the Moving Parties shall apply to and have the same force, effect and be enforceable as if issued by the United States District Court for the District of Minnesota.

Date: October 13, 2006      s/Paul A. Magnuson
                            Paul A. Magnuson
                            Judge of United States District Court

3